No. 647.  GULLO *v.* GULLO, 368 U. S. 988;

No. 212, Misc.  CLINTON *v.* UNITED STATES, *ante*, p. 803;

No. 574, Misc.  BANKS *v.* UNITED STATES, *ante*, p. 804;

No. 659, Misc.  SLIVA *v.* PENNSYLVANIA ET AL., 368 U. S. 994;

No. 699, Misc.  SCOTT *v.* SUPERIOR COURT OF LOS ANGELES COUNTY, 368 U. S. 996;

No. 819, Misc.  SCOTT *v.* CITIZENS NATIONAL TRUST & SAVINGS BANK OF LOS ANGELES ET AL., 368 U. S. 1002; and

No. 835, Misc.  RAINSBERGER *v.* LEYPOLDT, SHERIFF, 368 U. S. 516.  Petitions for rehearing denied.

MARCH 27, 1962.

No. 567.  CALLAHAN, COMMISSIONER OF LABOR AND INDUSTRIES OF MASSACHUSETTS, ET AL. *v.* GENERAL ELECTRIC Co.  On petition for writ of certiorari to the United States Court of Appeals for the First Circuit.  Petition dismissed pursuant to Rule 60 of the Rules of this Court. *Edward J. McCormack*, Attorney General of Massachusetts, *Joseph T. Doyle* and *Theodore R. Stanley*, Assistant Attorneys General, for petitioners.  *Lewis H. Weinstein* and *F. Gerald Toye* for respondent.

APRIL 2, 1962.

No. 19.  KENNEDY, ATTORNEY GENERAL OF THE UNITED STATES, *v.* MENDOZA-MARTINEZ.  Appeal from the United States District Court for the Southern District of California.  (Probable jurisdiction noted, 365 U. S. 809.) Argued October 10–11, 1961.  This case is restored to the calendar for reargument.  *Oscar H. Davis* argued the